[No. 13623.  *En Banc.*  October 24, 1916.]

SARAH ELIZABETH GARDNER, *Respondent*, v. MINNIE ALICE FREDERICK
*et al.*, *Appellants.*[1]

Motion to dismiss an appeal from a judgment of the superior
court for Spokane county, Blake, J., entered March 16, 1916.  Denied.

*Clyde H. Belknap* and *Fred M. Williams*, for appellants.
*John M. Gleeson*, for respondent.

PER CURIAM.—Plaintiff-respondent has moved to dismiss this ap-
peal upon two grounds, (1) that the notice of appeal was not served
upon the surety in a costs bond filed by plaintiff in the lower court;
(2) that the appeal bond is not conditioned as required by the gov-
erning statute, Rem. 1915 Code, § 1722.

To meet the first ground, appellants have filed in this court a writ-
ten waiver releasing the surety in the costs bond from all liability
thereon.  Under our recent decision in *Roberts v. Pacific Telephone
& Telegraph Co.*, *ante* p. 233, 160 Pac. 753, the motion on the first
ground must be denied.

We have examined the appeal bond and find that its conditions
present a substantial compliance with the statutory requirements.

The motion is overruled.

——————

[No. 13793.  *En Banc.*  October 24, 1916.]

J. A. TALKINGTON, *Guardian etc.*, *Respondent*, v. WASHINGTON WATER
POWER COMPANY, *Appellant.*[1]

Motion to dismiss an appeal from a judgment of the superior
court for Lincoln county, Sessions, J., entered June 17, 1916.  Denied.

*Post, Russell, Carey & Higgins*, for appellant.
*Merritt, Lantry & Merritt*, for respondent.

PER CURIAM.—Plaintiff-respondent has moved to dismiss this ap-
peal on the ground that the notice of appeal was not served upon the
surety in a costs bond filed by plaintiff in the court below.  Defend-
ant-appellant has filed in this court a written waiver of any claim
that it might have had upon any contingency against such surety by
reason of such bond, and stipulating and agreeing that such bond
may be forthwith cancelled and held for naught.  The case thus falls
within our decision in *Roberts v. Pacific Telephone & Telegraph Co.*,
*ante* p. 233, 160 Pac. 753.  Following that decision, the motion is
denied.

[1]Reported in 160 Pac. 754.